January 13, 1977

M. P. No. 76-432. DENNIS SOUZA *v.* BRADFORD SOUTHWORTH, *Director of Corrections.* Attorney General is directed to file his answer to the petition for writ of habeus corpus for the purpose of bail and therein to *show cause,* if any he has, why petitioner should not be admitted to bail, said answer to be made in compliance with the provisions of Rule 14, to which reference is made herein. *William J. Burke, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 76-434. ROSEMARIE PORTER *v.* RUSSELL W. ARLIA. Petition for writ of certiorari is denied. *Raymond R. Coia, William G. Grande,* for plaintiff-respondent. *Keenan, Rice, Dolan, Reardon & Kiernan, Leonard A. Kiernan, Jr., Z. Hershel Smith,* for defendant-petitioner.

C. A. No. 76-272. STATE *v.* ANTHONY DIAS. Motion of defendant to supplement the record is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly.* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.

Appeal No. 76-271. ALVIN R. DORECK *v.* JEANNETTE RODERIQUES. Motion of plaintiff to affirm pursuant to Rule 16(g) is denied. *Nolan & Dailey, Leo J. Dailey,* for plaintiff. *Oster, Espo, Fay & Groff, George M. Prescott,* for defendant.

Appeal No. 76-390. STATE *v.* GILBERT RODDY *et al.* Motion of defendants for extension of time to file their brief is granted and said brief is to be filed on or before February 14, 1977. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Jordan Stanzler,* for defendants.

Appeal No. 76-416. NATHAN LINDENFELD *et al. v.* CELIA TOLMAN. Motion of the defendant to vacate the stay granted by this Court on November 30, 1976 is granted. The stay shall be